# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Kreun, | |
| Petitioner, | Case No. 21-cv-1809 (SRN/TNL) |
| v. | **ORDER** |
| B. Birkholz, Warden of Federal Prison Camp Duluth, and Michael Carvajal, Director of the Federal Bureau of Prisons, in their official capacities, | |
| Respondents. | |

Dennis Kreun, Reg. No. 16907-059, FPC – Duluth, P.O. Box 1000, Duluth, MN 55814 pro se petitioner.

Ana H. Voss and Ann M. Bildtsen, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the government.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 27, 2021 [Doc. No. 6]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT** this matter is dismissed for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  November 23, 2021

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge